JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY MATTHEW CORDERO, | ) | CASE NO. ED CV 15-0288-JAK (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED:   February 24, 2015                .

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Users\jyerke\AppData\Local\Temp\notesC7A056\2015-02-24 Judgment.wpd